UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO AURTORO KOBEL,<br><br>    Petitioner,<br><br>    v.<br><br>PAUL THOMPSON,<br><br>    Respondent. | No. 2:21-cv-0841 KJN P<br><br><br>ORDER |

    Petitioner is a federal prisoner proceeding without counsel. On August 24, 2021, respondent requested an extension of time to September 23, 2021, to file the response to the § 2241 petition. IT IS HEREBY ORDERED that:

    1. Respondent's request for an extension of time (ECF No. 7) is granted; and

    2. Respondent shall file a responsive pleading on or before September 23, 2021.

Dated: August 25, 2021

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/kobe0841.eot